UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VIGILANT INSURANCE COMPANY,

                Plaintiffs,                07 Civ. 9566

  -against-

YANG MING LINE; YANG MING
(AMERICA) CORP.; MAHER TERMINALS LLC;    **RULE 7.1 STATEMENT**
POL LOGISTICS, INC. and
DOES 1 through 10, inclusive,

                Defendants.
-----------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney for private (non-governmental) party, Maher Terminals, LLC., certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

    NONE.

Dated: New York, New York
       October 30, 2007

                                      KENNY, STEARNS & ZONGHETTI, LLC
                                      Attorneys for Defendant
                                      Maher Terminals, LLC.

                          By:  _____
                                   James M. Kenny (JK 3174)
                                   26 Broadway
                                   New York, New York 10004
                                   (212) 422-6111