UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIGILANT INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> YANG MING LINE; YANG MING ) <br> (AMERICA) CORP.; MAHER TERMINALS ) <br> LLC, POL LOGISTICS and DOES 1 through ) <br> 10, inclusive, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 07 Civ. 9566 <br><br> **PROOF OF SERVICE RE SUMMONS AND COMPLAINT ON DEFENDANT YANG MING LINE** |

TO THE HONORABLE COURT:

**PLEASE TAKE NOTICE** that on December 6, 2007, Defendant YANG MING was served with the following documents:

1. Summons in a Civil Action;

2. Complaint for Damage to Cargo, Negligence/Wilful Misconduct, Breach of Contract, Breach of Bailment, Breach of Warranty;

3. Appearance Form;

4. Rule 7.1 Statement;

5. Individual Practices of Judge Francis;

6. Individual Practices of Richard J. Sullivan;

7. Instructions to Attorneys;

8. Third Amended Instructions for Filing an Electronic Case or Appeal;

9. Guidelines for Electronic Case Filing;

10. Procedures for Electronic Case Filing.

The manner of service was in compliance with the Federal Rules of Civil Procedure and perfected by certified mail to the Defendant at 525 Washington Blvd., 25th Floor, Newport

1

Officer Tower, Jersey City, New Jersey 07310. Attached is the certified mail return receipt signed by Lia Almeida, the representative authorized to accept service on behalf of YANG MING LINE.

At the time of service I was at least 18 years of age and not a party to this action. I am not a registered process server. There was no fee for service.

Executed this 12th day of December, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 12, 2007

CAMMARANO, SIRNA & DALEY LLP

By: *(signature)*
Dennis A. Cammarano (DC 6154)
555 East Ocean Blvd., Suite 501
Long Beach, California 90802
Telephone: (562) 495-9501
Facsimile: (562) 495-3674

Attorneys for Plaintiff,
VIGILANT INSURANCE COMPANY
2719proof-yangming

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

JERSEY CITY NJ 07310

| | | |
|---|---|---|
| Postage | $ | $1.48  0017 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.28  12/06/2007 |

Postmark Here — DEC 6 2007 — TRADE CTR STA

Sent To: Officer/Director/Managing Agent YANG MING LINE
Street, Apt. No.; or PO Box No.: 525 Washington Blvd., 25th Floor Newport Office Tower
City, State, ZIP+4: Jersey City, New Jersey 07310

PS Form 3800, January 2001    See Reverse for Instructions

7001 2510 0001 9875 6813

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer/Director/Managing Agent
YANG MING LINE
525 Washington Blvd., 25th Floor
Newport Office Tower
Jersey City, New Jersey 07310

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Lia Almeida
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0001 9875 6813

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California, am over the age of 18, and not a party to this action. My business address is 555 East Ocean Boulevard, Suite 501, Long Beach, California 90802. On December 12, 2007, I served the foregoing document(s) described as **PROOF OF SERVICE RE SUMMONS AND COMPLAINT ON DEFENDANT YANG MING LINE** on the interested parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

James M. Kenny, Esq.
KENNY, STEARNS & ZONGHETTI, LLC
26 Broadway
New York, New York 10004

☐    **BY PERSONAL DELIVERY**. I delivered such envelope by hand to the offices of the addressee.

☑    **BY MAIL**. I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Long Beach, California. I am "readily familiar" with the firm's practice of collection and processing correspondence and pleadings for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    **BY FACSIMILE TRANSMISSION**. I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with California Rule of Court 2003 and no error was reported by the machine. Pursuant to California Rules of Court 2006, et al., I caused the machine to print a transmission record of the transmission and the transmission record was properly issued by the transmitting facsimile machine.

☐    **BY FEDERAL EXPRESS**. I caused such envelope to be deposited at the Federal Express box at Long Beach, California for guaranteed one day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence and pleadings for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Long Beach, California in the ordinary course of business for delivery to the addressee(s)

Executed on December 12, 2007, at Long Beach, California

☐    **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑    **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                 */s/ Lisa G. Bell*
                                                 Lisa G. Bell