2719
Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIGILANT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>YANG MING LINE; YANG MING (AMERICA) CORP.; MAHER TERMINALS LLC, POL LOGISTICS and DOES 1 through 10, inclusive,<br><br>Defendants. | CIVIL ACTION NO. 07 Civ. 9566 (RJS)<br><br>STIPULATION TO TRANSFER THE WITHIN ACTION TO THE DISTRICT COURT OF NEW JERSEY PURSUANT TO 28 U.S.C. SECTION 1404(a); ORDER THEREON [Proposed] |

WHEREAS, this is an action for damage to cargo brought under the Court's Admiralty and Maritime jurisdiction pursuant to 28 U.S.C. Section 1333 and Federal Rules of Civil Procedure Rule 9(h);

WHEREAS, this action involves a shipment of cargo from Hatfield, Pennsylvania to Taipei, Taiwan via Port Elizabeth, New Jersey;

WHEREAS, the within action could have been brought in the New Jersey District Court;

WHEREAS, Defendant MAHER TERMINALS LLC is the only defendant to have appeared in this action, with MAHER objecting to this court's jurisidiction over it;

//
//
//
//
//
//
//
//

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08

*Stipulation to Transfer the Within Action to the District Court of New Jersey; Order Thereon*    1

THEREFORE, IT IS HEREBY STIPULATED by Plaintiff VIGILANT INSURANCE COMPANY and appearing defendant MAHER TERMINALS LLC, through their respective counsel, that the within action be transferred to the New Jersey District Court pursuant to 28 U.S.C. Section 1404(a) for the convenience of the parties and witnesses and in the interest of justice.

Dated: January 23, 2008          CAMMARANO & SIRNA, LLP

By: _____
Dennis A. Cammarano
Attorneys for Plaintiff
VIGILANT INSURANCE COMPANY

Dated: January 22, 2008          KENNY, STEARNS & ZONGHETTI, LLC

By: _____
James M. Kenny
Attorneys for Defendant
MAHER TERMINALS, LLC

[PROPOSED] ORDER

Good cause having been shown, the Court hereby approves the foregoing stipulation of the parties and orders that the within action be transferred to the District Court New Jersey, where the within action might have been brought pursuant to 28 U.S.C. Section 1404(a).

Dated: January 31, 2008          _____
United States District Court Judge

2719StipTransfer

*Stipulation to Transfer the Within Action to the District Court of New Jersey; Order Thereon*          2